# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

Clifford W. Taylor,
Chief Justice

134429

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

            SC: 134429
            COA: 277030
            Saginaw CC: 05-026206-FH

GERALD MARTIN GWIZDALA,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the May 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

_____
Clerk

p0917